No. 875, Misc.  CHAPMAN ET AL. v. CALIFORNIA.  Sup. Ct. Cal.  Motion for leave to proceed in *forma pauperis* granted.  Petition for writ of certiorari granted, limited to the following questions:

"Where there is a violation of the rule of *Griffin* v. *California,* 380 U. S. 609, (1) can the error be held to be

harmless, and (2) if so, was the error harmless in this case?"

Case transferred to the appellate docket. THE CHIEF JUSTICE took no part in the consideration or decision of this motion and petition. *Morris Lavine* for petitioners. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Raymond M. Momboisse,* Deputy Attorney General, for respondent.